# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

**LASER & SURGERY CENTER OF ACADIANA LLC**

**VERSUS**

**OHIO CASUALTY INSURANCE CO**

**CASE NO.  6:21-CV-01236**

**JUDGE JUNEAU**

**MAGISTRATE JUDGE WHITEHURST**

## JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation, Rec. Doc. 17. After an independent review of the record and the applicable law, and noting the absence of any objection, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the Motion to Dismiss for Failure to State a Claim, Rec. Doc. 9, is **GRANTED.**  Accordingly, all of Plaintiff's claims, and this case, are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 29th day of June, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE